UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BALDEMIRO LOPEZ,**<br><br>                                **Petitioner,**<br><br>      -against-<br><br>**MICHAEL CAPRA,** *Superintendent*,<br><br>                               **Respondent.** | 18-CV-4392 (ALC)<br><br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      As laid out in the Court's Opinion and Order denying Petitioner Baldemiro Lopez's petition for a writ of habeas corpus at ECF No. 19, Petitioner has not made a substantial showing of the denial of a constitutional right. Therefore, a certificate of appealability shall not be granted. *See Hoffler v. Bezio*, 726 F.3d 144, 154 (2d Cir. 2013); *Tankleff v. Senkowski*, 135 F.3d 235, 241 (2d Cir. 1998); *Rodriquez v. Scully*, 905 F.2d 24, 24 (2d Cir. 1990).

      The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Petitioner.

**SO ORDERED.**

Dated:    December 22, 2022
              New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**